1  Prepared By:
2  Michael Jones, CA Bar No. 271574
   M. Jones & Associates, PC
3  505 North Tustin Ave, Suite 105
4  Santa Ana, CA 92705
   Telephone: (714) 795-2346
5  Facsimile: (888) 341-5213
6  Email:  mike@MJonesOC.com

7

8                     UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11                            SOUTHERN DIVISION

12

| | |
|---|---|
| ROY BELL,<br><br>              Plaintiff,<br><br>v.<br><br>NORTHWESTERN MEDIATION SERVICES, LLC,<br><br>              Defendant. | Case No. 8:16-cv-01164-JVS(GJSx)<br><br><br>DISMISSAL OF ENTIRE ACTION PURSUANT TO FRCP RULE 41<br><br><br>ASSIGNED TO HON. JAMES V. SELNA, District Judge; HON. GAIL J. STANDISH, Magistrate Judge |

Plaintiff Roy Bell, pursuant to Federal Rules of Civil Procedure Rule 41, dismisses the above captioned action in its entirety, prior to the service of an answer or a motion for summary judgment.

Dated this 31 March 2017.

**M Jones and Associates, PC**
Attorneys for Plaintiff

_____
Michael Jones

## PROOF OF SERVICE

Fed. R. Civ. P. Rule 5; L.R. 5-3

Pursuant to L.R. 5-3.2, the foregoing document was, or will be, filed electronically, and will trigger a "Notice of Electronic Filing" (NEF) that will be sent by email to all CM/ECF Users that have appeared in the case, as well as all pro se parties who have appeared and registered for CM/ECF notifications.  Unless service is governed by Fed. R. Civ. P. Rule 4, service with this electronic NEF will constitute service pursuant to the Federal Rules of Civil Procedure, and the NEF itself will constitute proof of service for individuals so served.  All attorneys that are registered as CM/ECF Users are deemed to have consented to service in this manner.

Only those parties that have not appeared in the case in the above captioned Court, who are not registered for the CM/ECF System, or who have not consented to receive service through the CM/ECF system must be served by other means, with a required declaration as to the means of service.  Those parties, if any, and their means of service are below:

| | |
|---|---|
| Non-ECF Party Served, with address: | NORTHWESTERN MEDIATION SERVICES, LLC,<br>2001 Niagara Falls Blvd., Ste 3,<br>Amherst, New York, 14228 |
| Day and Manner of Service: | Mail, 31 March 2017 |
| Title of Document Served: | DISMISSAL OF ENTIRE ACTION PURSUANT TO FRCP RULE 41 |
| Method of Service employed (e.g., personal, substituted, mail): | Mail |

Executed on Friday, March 31, 2017, at Santa Ana, California.

*/s/ Michael Jones*
_____
Michael Jones

# Additional Parties Served:

Julia B. Strickland, Esq.
Stroock & Stroock & Lavan, LLP
2029 Century Park East, Ste 1800
Los Angeles, CA 90067